UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Juan Juarez

                                Plaintiff,

v.                                                   Case No.: 1:15−cv−05904
                                                             Honorable Jorge L. Alonso

C Scapes Artistic Landscaping, Inc., et al.

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 28,2015:

        MINUTE entry before the Honorable Jorge L. Alonso: Motion hearing held. Plaintiff's motion to withdraw as attorney [4] is granted. Attorney David Erik Stevens is given leave to withdraw as counsel for Plaintiff. This case is dismissed without p rejudice for want of prosecution. Civil case terminated. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If an order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.